# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**RANDY LAVELL WILLIAMS,**                                                                 **PLAINTIFF**
**ADC# 127318**

VS.                                        **4:14-CV-00155-BRW-JJV**

**KATHY BROWN**                                                                           **DEFENDANT**

### ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.[1]  No objections have been filed and the time for doing so has passed.

After careful consideration, I adopt Judge Volpe's Proposed Findings and Recommended Disposition as my findings in all respects.  Accordingly, Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice.

I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[2]

IT IS SO ORDERED this 7th day of August, 2014.


                                                                 /s/ Billy Roy Wilson
                                                                 UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 9.

[2] *See* 28 U.S.C. § 1915(a)(3).